# EXHIBIT A

HEXAGON
precision in everything





## Hexagon in Brief

Hexagon is a global technology group with strong market positions in measurement technologies.

**World-class measurement technologies and services**

Hexagon is a world-leading supplier of systems for measurement of objects in one, two or three dimensions. The measurement systems measure with great precision and rapidly provide access to large amounts of measurement data. For the customer, this means greater efficiency and productivity, improved quality and significant material and cost savings in the production process.

Hexagon has about 8 000 employees in 35 countries and net sales of about 12 000 MSEK. The Hexagon sales target for year 2010 is 20 000 MSEK to be achieved by organic growth and acquisitions. The Hexagon EBIT margin target for year 2010 is 20 per cent.

Hexagon's vision is to be a market leader, ranking number one or number two, in each strategic business in order to generate growth and shareholder value.

Hexagon's mission is to develop and market leading technologies and services to measure in one, two or three dimensions, to position and update objects and to time processes.

Hexagon's strategy is to be the most cost-efficient and innovative supplier, have the best management skills in the business and short and rapid decision processes.

Hexagon's class B share is quoted among Large Cap companies on OMX Nordic Exchange and has a secondary listing on the SWX Swiss Exchange.

Hexagon's brand portfolio comprises strong brands that are well known in their sectors. Each brand represents a strong tradition in its geographical region and sector, which is why Hexagon uses different brands for different customer groups or in different markets. The Hexagon brands are listed to the right

- Hexagon presentation
- Advance Metrology Solutions
- Agatec
- AGL

- Allen Precision
- Brown & Sharpe
- Cable Detection
- CE Johansson
- CimCore
- CogniTens
- DEA
- Elcome Technologies
- Erdas
- Geomax
- Geopro
- Haselbach Surveying Instruments
- Jigsaw
- JMTC
- Leica Geosystems
- Leitz
- m&h Group
- Mikrofyn
- MTWZ
- NovAtel
- PC-DMIS
- Romer
- Santiago & Cintra
- SBG
- Scanlaser
- Sheffield
- Surveyors Service Company
- TESA
- Viewserve
- QBL

© 2008 HEXAGON

HEXAGON
precision in everything





## Products & Services

Hexagon is a world-leading supplier of systems for measuring objects with considerable accuracy and high quality, and to quickly gain access to substantial metrology data in one, two or three dimensions.

### World-class measurement technologies and services

Hexagon is the world leader in multidimensional measurements within the macro and micro segments of the measurement and positioning market. Operations encompass hand tools, fixed and portable coordinate measuring machines, GPS systems, level meters, laser meters, total stations, sensors for airborne measurement, aftermarket services and software systems for one, two or three-dimensional measurements.

Hexagon's customers are active in the aerospace, security and defence-related industries, the automotive industry, government departments and authorities, the engineering industry, the construction industry, the mining and oil industries, and electronics, computing and medical industries.

Hexagon's brand portfolio comprises strong brands that are well known in their sectors. Hexagon's brands are listed to the right on this page.

### Other operations

Hexagons other operations are active in key components via a number of companies that focus on supplying high-quality components, primarily to the heavy automotive industry. Key components for industrial robots as well as chassis spare parts are also included in the product range.

© 2008 HEXAGON

- when it has to be right Leica Geosystems

Home | Countries | Deutsch | Contact | Search | Print

Solutions Products Support - Service About us Contact

**About us**

- Our Company
  - Our Mission and Values
  - Breadth
  - Sustainability
  - Quality
  - History
  - Technology
  - Board of Directors
  - Management Team
- Careers
- News
- References
- Customer Magazine
- Partnerships
- Imprint

Leica Geosystems --> About us --> Our Company

# Our Company

Leica Geosystems - when it has to be right



With close to 200 years of pioneering solutions to measure the world, Leica Geosystems products and services are trusted by professionals worldwide to help them capture, analyze, and present spatial information. Leica Geosystems is best known for its broad array of products that capture accurately, model quickly, analyze easily, and visualize and present spatial information.

Those who use Leica products every day trust them for their dependability, the value they deliver, and the superior customer support. Based in Heerbrugg, Switzerland, Leica Geosystems is a global company with tens of thousands of customers supported by more than 3,500 employees in 28 countries and hundreds of partners located in more than 120 countries around the world.

Leica Geosystems is part of the Hexagon Group, Sweden.

HEXAGON

**Company Headquarters**

**Leica Geosystems AG**
Heinrich Wild Strasse
CH-9435 Heerbrugg
St. Gallen, Switzerland

Phone: + 41 71 727 3131
Fax: + 41 71 727 4674

General Contact Form

**Downloads**

- Company Brochure (PDF, 936 KB)

**Downloads**

- Heerbrugg - How to find us (PDF, 57 KB )

Legal Information Sitemap © Leica Geosystems 2008

- when it has to be right - Leica Geosystems







# Products
## Leica Geosystems Products

**Leica Geosystems is a leading developer, manufacturer and distributor of products, systems, and software that capture, visualize and process 3D spatial data through the employment of advanced technologies.**

**Select the right product for your needs:**



--> **Agriculture.**
Leica Geosystems agricultural applications build on our experience in growing GPS and machine automation business, which already benefits mining and construction sites worldwide. Those who use Leica Geosystems products every day trust them for their dependability, the value they deliver, and superior customer support.



--> **Airborne Sensors**
Our changing world demands up-to-date geospatial information. To remain competitive means to provide the highest quality imagery more accurately, more reliably and faster than anyone else. Leica Geosystems is the industry leader in airborne imaging and lidar sensor solutions. With our range of real workflow solutions from flight planning to data delivery, Leica Geosystems helps you to get to better results much faster – at even lower cost.



--> **Construction Lasers**
Whether it's general construction, pipe laying, machine control, or interior walls and ceilings, our lasers are built to handle any environment

--> **GNSS/GPS Systems**
Leica Geosystems offers the ideal solution for every GPS/GNSS application. Powerful GPS/GNSS technology for unmatched accuracy.





→ **HDS Systems**

For any project, it makes sense to deploy the right tools. For as-built, topographic, detail, and engineering surveys, Leica High-Definition Surveying (HDS) systems are the way to go. Leica HDS solutions - setting new standards for the way work is done.



→ **Laser Distancemeter**

Leica DISTO™ - the innovative hand-held laser meter for fast and easy distance measurements of length, squares and volumes with the press of a button. Save time and money and emphasise your competence with modern measuring methods.



→ **Laser Tracker Systems**

Often imitated but never surpassed, Leica Geosystems Laser Trackers have been at the forefront of laser tracking technology for nearly two decades. These portable coordinate measuring machines have enabled companies around the world to deliver innovative products, achieve unheard-of tolerances, substantially lower manufacturing costs and increase productivity well beyond their expectations.



→ **Levels**

Leica Levels are built robust to last. We offer the most comprehensive range of levels in the market today.



→ **Locators**

With the DIGISYSTEM operators can locate, trace and mark underground services quickly, precisely and reliably prior to excavation.

→ **Mobile Mapping**

Leica Geosystems offers the full power of GIS data collection and Navigations expand the enterprise GIS database to the entire field workforce.





→ **Monitoring Systems**

Whether you monitor the movement of a volcanic slope, the structure of a long bridge or track the settlement of a dam; whether you measure, analyse and manage the structures of natural or man-made objects: the monitoring systems by Leica Geosystems provide you with the right solution for every application.



→ **Rail & Underground**

Infrastructure projects place high requirements on surveying. The precise system solutions for the railway and tunnelling industry are characterised by practical system design, reliability and capable software. With worldwide support and service these solutions have won the trust and the respects of the industry.



→ **Software**

Leica's easy to use measuring and analysis software takes your work furher.



→ **Leica System 1200**

Combine GPS and TPS. Use them in the same way. Change easily from one to the other. Work faster, more accurately and more efficiently. Enjoy all the freedom, flexibility and power of System 1200.



→ **Theodolites**

Alignment work made easy - Leica Geosystems offers Industrial & Construction Theodolites with outstanding performance and maximum flexibility.

→ **Total Stations (TPS)**

Measurements have never been so easy to perform as with the Leica Geosystems Total Station. The TPS Series allows beginners and professionals to do the job quickly and efficiently.





→ **Accessories**

Leica Geosystems Accessories for improved work with Leica products. Designed to work hard on job site.

Legal Information Sitemap © Leica Geosystems 2008