# EXHIBIT C

6/5/08

Quote Desc: [redacted]

**Quotation prepared for:**

[redacted]

Leica Geosystems

Tom Moon
District Sales Manager
Phone: 469-338-8120
Fax: 775-942-8472
tom.moon@hexagonmetrology.com

**Send orders to:**

Hexagon Metrology
601 Grassmere Park Drive, Suite #17
Nashville, TN 37211
Attn: Shellie Melton
Phone: 615-331-0800 x232
Fax: 615-331-0875
shellie.melton@hexagonmetrology.com

[redacted]

6/5/08

Quote Desc: [redacted]

| Qty | Part No. | Includes | Description | List Price | Discount | Extended $ |
|---|---|---|---|---|---|---|
| | | | Reflectors and Reflector Holder Kit | | | |
| [redacted] | | | | [redacted] | [redacted] | [redacted] |
| | | | | [redacted] | [redacted] | [redacted] |

**Terms and Conditions of Sale:**

[redacted]

**TOTAL QUOTE:** [redacted]

Quotation# MW031805

**QUOTATION Prepared for:**

[redacted]

Leica Geosystems, Inc.
Contact: Tom Moon
Phone: (469) 338-8120
Fax: (775) 942-8472
tom.moon@leicaus.com

| Line Item | Qty | Part # | | Description | List | Discount | Net |
|---|---|---|---|---|---|---|---|
| | | | | Laser Trackers | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | Laser Tracker Accessories | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Prices effective [redacted]

[redacted]

[redacted]

[redacted]

Quotation# MW031805

**QUOTATION Prepared for:**

[redacted]

Leica Geosystems, Inc.
Contact: Tom Moon
Phone: (469) 338-8120
Fax: (775) 942-8472
tom.moon@leicaus.com

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | | [redacted] | | |
| | | | | Workstation for Laser Trackers | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | | | |
| | | | | Laser Tracker Software Options | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | | | |
| | | | | Application Processors | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] | | | |

Total List Price [redacted]

| | |
|---|---|
| [redacted] Pricing | [redacted] |
| Less trade-in allowance | [redacted] |
| Total after discount and allowance | [redacted] |

| | | | | Miscellaneous Options (not in total price) | | | |
|---|---|---|---|---|---|---|---|
| 16 | 2 | SILVER-LTD | | SILVER-level Service Contract for Laser Trackers, annual fee | $15,995 | 25% | $23,993 |
| 17 | 6 | 575759 | | Tooling Ball Reflector (TBR), 1/2" cornercube | $995 | 10% | $5,373 |

Prices effective 7/18/2008
Valid for 60 days



LEICA GEOSYSTEMS INC.
4855 Peachtree Industrial BLVD.,SUITE 235,
Norcross, GA 30092

Applicable taxes extra
FOB: Lawrenceville, GA 30043

| BA | MET |
|---|---|

| SU | Customer | Total | Not due | % | <7 days | % | >7 days | % | >30 days | % | >60 days | % | >90 days | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | [redacted] | | | | | | | | | | | | | |

| SU | Customer | Total | Not due | % | <7 days | % | >7 days | % | >30 days | % | >60 days | % | >90 days | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | | | | | | |
| LA | [redacted] | | | | | | | | | | | | | |
| CA | [redacted] | | | | | | | | | | | | | |
| Grand Total | | [redacted] | | | | | | | | | | | | |