# EXHIBIT D

Automated Precision Inc.

[Language change]

empowering metrology solutions




Welcome to API

Contact

**Events**
Events Americas/Canada
Events Europe

**Applications**
Aerospace
Automotive
Energy & Power Supply
Heavy Equipment
Contract Manufacturing
Construction
Generating Plants
Shipbuilding
Railway Supply Industry
Robotics

**Products and Systems**
Tracker3
Omnitrac

## We like to measure.

# Automated Precision Inc. and Metris Announce Joint Distributor Agreement

Rockville, Maryland, July 9, 2008: Automated Precision, Inc. and Metris have announced the formation of a joint distributor agreement. API will become a non-exclusive distributor for the Metris MCA Articulated Arm and the ModelMaker hand held scanner. At the same time Metris will become a non-exclusive distributor of the APIis Tracker3 Laser Tracker.

Jeffrey K. Okamitsu, Vice President of Business Development for API, states, ìThis joint distributor agreement is a strategic win for both companies. Each company will be able to expand their product offerings and still maintain a focus on their core products, technologies and markets. API, in particular, sees the opportunity to develop more comprehensive and complete solutions for its customers.î

Philippe Vandormael, Chief Operating Officer of Metris says. ìWe are very pleased with this distributorship agreement, as it complements our unique product offering for large scale metrology applications with API laser trackers.

## API is looking for Resellers in EMEA
Interested? Find out more

## Jobs at API
More

## Products



**Tracker3™**
Weighing only 8.5kg the Tracker3™ is the smallest of its class. Portability redefined.



SmartTRACK
Intelliprobe
Intelliscan
Laser Rail
XD Laser
Swivelcheck
Digital Autocollimator
New!: Active Target
Accessories

**Software**
Delcam
Calypso
InnovMetric Software Inc. (Polyworks)
Metrologic
New River Kinematics
Verisurf

**Development Services**
Metrology Services
Customized Solutions

**Customer Support**
Technical Support
Arrange an on-site demo

**Resellers**
Contact a Reseller

**Info Service**
Press Releases
User Stories
Newsletter-Subscription

**Offers**
Request your personalized offer

**Contact**
Branches

Metris will integrate the API trackers in Metris' IS&T (Integration Services and Technology) solutions. I am convinced this partnership will enhance both companies' solutions and produce an immediate benefit for both

Dowload Press Release Here

# API Usermeeting 2008

**Invitation to the API Usermeeting 2008**

To find out more about the show - klick on the picture below...




**"Users for Users" Events Europe**

**API Responds to Metris Rumors:**

**To Whom It May Concern:**
API has and will continue to be a privately-held company and has no intention of merging with or selling its assets to another company. The API statement

Whats´s the news? API's Newsletter (July 2008)

**(UK) qmt April 2008:**
**Laser trackers help to improve fit and finish of teak boat decks**




**Omnitrac™**
API's Omnitrac ™ with TurboADM is efficient and fast in every situation.



**XD Laser™**
The XD Laser™ is wireless and available in two different accuracy classes.



**Swivelcheck™**
With an electronic level and high precision encoder it measures angle positions of rotating vertical axes.



**Laser Rail™**
To verify co-ordinate measurement machines such as a Laser Tracker. With built-in interferometer.

## On-site Demo

Arrange an API-Systems demonstration at your company, directly in your manufacturing plant or inspection room.

**Career**
Job opportunities at API

**We are looking for Resellers in EMEA**
Interested?

The whole story: Smooth sailing ahoy!

**Free product demonstration**




**Free of charge.**
Ask for a product demonstration measuring your big parts or fixtures with portable 3D-measuring machines at your company.

**Use your cupon or send us your details on contact API.**

**Custom-made : Why customers trust API.**
API customers are some of the largest companies in the field of Automotive, Aerospace, Energy and Power Supply, Heavy Machinery, Contract Manufacturing, Construction, and shipbuilding and Robotics. If you want to know more about how customers rate API systems (and where these systems are employed), read our user stories for first hand information.

**Seeing is believing: API's technological lead**
Today API Trackers are the most compact laser-based measurement system on the market. No other Tracker uses API's advanced design:

- API´s Tracker3™ and Omnitrac™ are ultimately more compact that any other Laser Tracker, because of their innovative construction principle without active and complex cooling components.

## API world-wide

API is represented world-wide and offers their customers local support. Here you can find your competent partners and answers to all your questions.

- Superior mobility: With just an unbeatable 8.5 kg and 36 cm overall height, they are not just lighter and more compact, but even small enough to fit into your cabin luggage when flying.
- They do not contain ventilators, as these are not needed. While other manufacturers insert fans in order to keep thermal expansions under control, API has an intelligent, world-wide unique measurement unit on the withdrawal axle of the laser beam.



**Less is more (reliable)**
What is not built in, cannot fail. The elimination of complex temperature stabilization provides superior reliability, stability and accuracy with the new API Trackers. The thermal image of the API Laser Tracker testifies the balanced temperature distribution without hotspots.

**Automated Precision, Inc.**
15000 Johns Hopkins Dr. | Rockville, MD 20850 | USA
Phone: 240-268-0400

**Automated Precision Europe B.V.**
P.O. Box 265 | 8440 AG Heerenveen| Netherlands
Phone: 0031 513 62 0072 | Fax: 0031 513 640 410|


© Copyright 2008 Automated Precision Inc.

Automated Precision Inc.

empowering metrology solutions



[Welcome to API](#)

**How to contact us:**
[API Service Center](#)

**Events**
[Events Americas/Canada](#)
[Events Europe](#)

**Products and Systems**
[Tracker3](#)
[Omnitrac](#)
[SmartTRACK](#)
[Intelliprobe](#)
[Intelliscan](#)
[Laser Rail](#)
[XD Laser](#)
[Swivelcheck](#)

**Offers**
[Request your personalized offer](#)

## Contact us!

To be able to contact us quickly and easily, please complete the form below and we will call you back.

| | |
|---|---|
| Satulation | --None-- |
| First Name * | |
| Last Name* | |
| Company | |
| Email * | |
| Telephone * | |
| City | |
| Country | |
| Your message | Please enter your message here |

## Data Protection

Automated Precision Inc (API) would like to thank you for your interest in our products and for visiting our website. API ensures you that should you enter your personal data, this information will be regarded with the highest respect and will not be passed on to any third parties.

Naturally you can visit our website without the need to provide us with your personal details.

## API Products:

API develops, produces and

**API world-wide**
Branches

**Career**
Job opportunities at API

Send

## API Service Center

Opening hours, services: The direct contact to the API Service Center for API Customers. Send a service request.

For direct contact:

**Sales USA**
Chris Locke Email
Internal Sales Support (North America) | Phone: 240-268-0400

**Sales UK**
James Barnes Email
Sales Account Manager (United Kingdom & Ireland) | Phone: (+44) 0044 1684891372

**Sales France**
Rémi Attal Email
Sales Account Manager (France & Belgium) | Phone: (+33) 0044 6 25221516

**Automated Precision, Inc.**
15000 Johns Hopkins Dr. | Rockville, MD 20850 | USA
Phone: 240-268-0400

**Automated Precision Europe B.V.**
P.O. Box 265 | 8440 AG Heerenveen| Netherlands
Phone: 0031 513 62 0072 | Fax: 0031 513 640 410|

drives world-wide Metrology products such as Lasers Trackers and Laser Interferometers, which rank among the most efficient systems of their class. API customers are primarily within the following industries: Automotive, Aerospace, Energy and Power Supply, Heavy Machinery, Contract Manufacturing, Construction, and shipbuilding as well as Robotics.

Home | Applications | Products | Software | Customized Solutions | Support | Press releases | Offers | Contact

© Copyright 2007 Automated Precision Inc.