# EXHIBIT E

HEXAGON
METROLOGY

July 8, 2008

Mr. Tom Moon
P.O. Box 272
Lavon, TX 75166

**Re: Confidentiality and Non-Compete Agreement**

Dear Mr. Moon,

As you know, and as you affirmed to Bob Richer, you signed an Employee Invention, Non-Competition, and Confidentiality Agreement on 22 March 2006 in which you agreed both to protect Hexagon Metrology's confidential information and to refrain from competing with Hexagon Metrology for ninety days. It appears you intend to violate the terms of the agreement by taking up employment with Automated Precision Inc.

More specifically, recall that your agreement with us prohibits you from soliciting employees or customers, among other things. The relevant paragraph states the following:

> 7. Nonsolicitation. Independent of any obligations I might have under §9, I agree that I will not, during my employment and for a period of 90 days after my voluntary termination of employment with the Company, directly or indirectly, (a) divert or attempt to divert any person, concern, or entity which is furnished services by the Company from doing business with the Company or otherwise to change its relationship with the Company; or (b) induce or attempt to induce any customer or supplier of the Company to cease being a customer or supplier of the Company or otherwise to change its relationship with the Company.

Also, you are explicitly prohibited from working for a competitor like API, which sells competing laser trackers and scanners. The relevant paragraph of your agreements states the following:

> 9. Restrictions on Competition. Independent of any obligations that I might have under §7, I agree that I will not, for a period of 90 days after my voluntary termination of employment with the Company, render services directly or indirectly, whether as principal or as agent, officer, director, employee, consultant, shareholder, or otherwise, alone or in association with any other person, corporation, or entity, to or for any

> Conflicting Organization within the United States. I may, however, accept employment in such territory with a Conflicting Organization whose business is diversified, and which as to the part of the business in which I am engaged is not a Conflicting Organization, provided that the Company, prior to my accepting such employment shall receive separate written assurances satisfactory to the Company from such Conflicting Organization and from me, that I will not render services, directly or indirectly, in connection with any Conflicting Product. I recognize that the Company conducts or intends to conduct business within the geographic area set forth herein, and therefore, I agree that this restriction is reasonable and necessary to protect the Company's business.

Bear in mind that API is not a diversified business: its business is narrowly tailored to the metrology industry. (API's slogan is "empowering metrology solutions.") Furthermore, there is no way you could avoid violating this paragraph in your new position as National Sales Manager.

Note that you also have a duty to maintain our confidential information, including customer lists and preferences, secret. Your agreement with us states the following:

> 4. Confidentiality. I acknowledge that all Confidential Information is and shall at all times remain the property of the Company. I agree that, except as required in my duties to the Company, I will never directly, indirectly, or otherwise use, disseminate, disclose, lecture upon, or publish articles concerning Confidential Information without having first obtained written permission from the Company to do so. I will safeguard and maintain on Company premises, to the extent possible in the performance of my work for the Company, all documents and things that contain or embody Confidential Information.

If we do not receive written assurance from you that you will refrain from working for API, directly or indirectly, for ninety days, and that you will maintain our confidential information secret and not disclose it to API even thereafter, we will be forced to seek remedies against you, including an injunction against you and damages.

Regards,

Collin A. Webb, Esq.
*Asst. General Counsel – North America*