**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HEXAGON METROLOGY, INC., and<br>HEXAGON HOLDING, INC,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MOON,<br><br>Defendant. | Civil Action No. 08-268 |

## ENTRY OF APPEARANCE

The undersigned attorneys hereby enter an appearance on behalf of the Defendant, Thomas Moon.

/s/ William O'Gara
William O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02809
Telephone: 401-824-5100
Facsimile: 401-824-5123
wogara@pldlaw.com
Attorneys for Defendant

/s/ John P. Walsh
John P. Walsh (#6709)
HULSE & STUCKI
2912 West Story Road
Irving, Texas 75038
(214) 441-3000
(214) 441-3001
jwalsh@texasnetlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, John P. Walsh, hereby certify that the within document has been served on the following attorneys by way of electronic mail on this 28th day of July, 2008:

Todd M. Reed (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: treed@eapdlaw.com
Attorney for Plaintiffs

Butzel Long
James L. Giszczak (MI P46917)
Bernard J. Fuhs (MI P69621)
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
Email: giszczak@butzel.com
fuhs@butzel.com

/s/ John P. Walsh