UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEXAGON METROLOGY, INC., and
HEXAGON HOLDING, INC,

Plaintiffs,

CA No 08-268

v.

THOMAS MOON,

Defendant.

| | |
|---|---|
| Todd M. Reed (#6602)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>(401) 274-9200<br>(401) 276-6611 (Fax)<br>E-mail: treed@eapdlaw.com | William O'Gara, Esq.<br>Pannone, Lopes & Devereaux LLC<br>317 Iron Horse Way<br>Providence, RI 0288<br>Telephone: 401-824-5100<br>Facsimile: 401-824-5123<br>wogara@pld-law.com<br>Attorneys for Defendant |
| Co-Counsel<br><br>BUTZEL LONG<br>James J. Giszczak (MI P46917)<br>Bernard J. Fuhs (MI P69621)<br>150 West Jefferson, Suite 100<br>Detroit, Michigan 48226<br>(313) 225-7000<br>E-mail: giszczak@butzel.com<br>fuhs@butzel.com<br>*Pro Hac Vice Admission Pending*<br>Attorneys for Plaintiffs | John P. Walsh, Esq. (#6709)<br>HULSE & STUCKI<br>2912 West Story Road<br>Irving, Texas 75038<br>214-441-3000<br>jwalsh@texasnetlaw.com<br>Attorneys for Defendant |

**STIPULATED ORDER**

The parties having stipulated to the relief set forth below; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that:

(1) The Temporary Restraining Order that was entered by this Court on July 22, 2008 shall continue in full force and effect until further of the court; and

(2) The teleconference hearing scheduled for July 31, 2008 at 2:00 p.m. will be adjourned until a date and time set by this Court, but no sooner than August 18th, 2008.

ENTER:

________________________________
By: Deputy Clerk

PER ORDER:

________________________________
United States District Court Judge

**Stipulated and Agreed:**

/s/ Todd Reed
Todd M. Reed (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: treed@eapdlaw.com
Attorney for Plaintiffs

/s/ John Walsh
John P. Walsh, Esq. (#6709)
HULSE & STUCKI
2912 West Story Road
Irving, Texas 75038
214-441-3000
jwalsh@texasnetlaw.com
Attorneys for Defendant