UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HEXAGON METROLOGY, INC., and
HEXAGON HOLDING, INC,

Plaintiffs,

CA No 08-268

v.

THOMAS MOON,

Defendant.

Todd M. Reed (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: treed@eapdlaw.com

Co-Counsel

BUTZEL LONG
James J. Giszczak (MI P46917)
Bernard J. Fuhs (MI P69621)
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
E-mail: giszczak@butzel.com
fuhs@butzel.com
*Pro Hac Vice Admission Pending*
Attorneys for Plaintiffs

William O'Gara, Esq.
Pannone, Lopes & Devereaux LLC
317 Iron Horse Way
Providence, RI 0288
Telephone: 401-824-5100
Facsimile: 401-824-5123
wogara@pld-law.com
Attorneys for Defendant

John P. Walsh, Esq. (#6709)
HULSE & STUCKI
2912 West Story Road
Irving, Texas 75038
214-441-3000
jwalsh@texasnetlaw.com
Attorneys for Defendant

**STIPULATED ORDER**

The parties having stipulated to the relief set forth below; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that:

(1) The Temporary Restraining Order that was entered by this Court on July 22, 2008 shall continue in full force and effect until further of the court; and

(2) The teleconference hearing scheduled for July 31, 2008 at 2:00 p.m. will be adjourned until a date and time set by this Court, but no sooner than August 18th, 2008.

ENTER:

Barbara Barletta
By: Deputy Clerk

PER ORDER:

Mary M. Lisi
United States District Court Judge July 29, 2008

**Stipulated and Agreed:**

/s/ Todd Reed
Todd M. Reed (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: treed@eapdlaw.com
Attorney for Plaintiffs

/s/ John Walsh
John P. Walsh, Esq. (#6709)
HULSE & STUCKI
2912 West Story Road
Irving, Texas 75038
214-441-3000
jwalsh@texasnetlaw.com
Attorneys for Defendant