**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **HEXAGON METROLOGY, INC. AND HEXAGON HOLDING, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THOMAS MOON,**<br><br>**Defendant.** | **Civil Action No. 08-268-ML** |

**CONSENTED TO MOTION TO CONTINUE THE SETTLEMENT CONFERENCE**

The Defendant, Thomas Moon, hereby moves to continue the settlement conference in the above-captioned matter, which is scheduled for September 18, 2008. In support of this motion, the Defendant asserts the following:

1. The Plaintiffs have consented to a motion to continue the settlement conference.

2. The parties have exchanged multiple settlement offers to settle this matter, and will continue working on a potential settlement.

3. Many of the parties involved with this lawsuit are located outside the state of Rhode Island, including the Defendant, the Plaintiffs' lead counsel, and the Defendant's lead counsel. If the parties have to incur the expenses associated with traveling to Rhode Island for this settlement conference, it will likely undermine the chance of settlement.

4. No of the parties will be prejudiced by this motion.

**WHEREFORE**, the Defendant respectfully requests that this Court continue the settlement conference until further notice by this Court.

**Respectfully submitted by**
**DEFENDANT, THOMAS MOON**

/s/ William O'Gara
William O'Gara, Esq. (R.I. Bar #4257)
Pannone, Lopes & Devereaux LLC
317 Iron Horse Way
Providence, RI 0288
Telephone: 401-824-5100
Facsimile: 401-824-5123
wogara@pld-law.com
Attorneys for Defendant

/s/ John P. Walsh

John P. Walsh, Esq. (R.I. Bar #6709)
HULSE & STUCKI
2912 West Story Road
Irving, Texas 75038
(214) 441-3000
(214) 441-3001
jwalsh@texasnetlaw.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, John P. Walsh, hereby certify that the within document has been served on the following attorneys by way of electronic mail on this 28th day of July, 2008:

Todd M. Reed (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
E-mail: treed@eapdlaw.com
Attorney for Plaintiffs

Butzel Long
James L. Giszczak (MI P46917)
Bernard J. Fuhs (MI P69621)
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
Email: giszczak@butzel.com
fuhs@butzel.com

/s/ John P. Walsh